UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CLERK'S REQUEST FOR DISPOSITION OF PASSPORT**

LAWRENCE K. BAERMAN, CLERK

UNITED STATES OF AMERICA
vs.
David P. VanDeusen

Case No. 5:7-CR-337 (NAM)

I, Joanne Bleskoski, certify that upon examination of the docket, the following indicated action is appropriate:

☐ **Return passport to Defendant based upon:**

  ☐ Defendant found **Not Guilty** at Trial    ☐ Case dismissed by Order of the Court

☑ The defendant was found Guilty at Trial or Entered a Guilty plea and was sentenced to:
  ☐ **Term of Supervised Release/Probation**.
  ☑ **Term of Imprisonment**

  Therefore, the passport shall be forwarded to:

  ☑ U.S. Department of State        ☐ U.S. Immigration & Customs
     (U.S. passports only)              Enforcement (Foreign passports)

☐ The above action was disposed of more than ten (10) years ago and/or the **passport is no longer valid.** Therefore the passport shall be returned to the:

  ☐ U.S. Department of State        ☐ U.S. Immigration & Customs
     (U.S. passports only)              Enforcement (Foreign passports)

The Clerk's request for disposition of passport as noted above is hereby Granted.

IT IS SO ORDERED.

_[signature]_                                   Date: January 10, 2008

U.S. Department of State                        Immigration & Customs Enforcement
Office of Passport Policy and Advisory Services  Field Office Director-Buffalo
2100 Pennsylvania Avenue, NW, 3rd Floor          130 Delaware Avenue
Washington, D.C. 20037                           Buffalo, NY 14202